Raitport Unemployment Compensation Case.

 Argued
December 15, 1966. *Eli Raitport*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Edward Friedman*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Sherkness Unemployment Compensation Case.

Argued December 13, 1966. *John B. Lieberman, III*, submitted a brief for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, with him *Edward Friedman*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WATKINS, J., absent.

Singer *v.* Harrop et ux., Appellants.

 Argued December 16, 1966.
*James J. Orlow*, with him *Lawrence E. Wood*, for appellants; *Albert Momjian*, with him *William F. Steigman*, and *Abrahams & Loewenstein*, for appellees.

Judgment affirmed.

MONTGOMERY, J., dissented.